**01–591.   Reedy v. Cincinnati Bengals, Inc.**

Hamilton App. Nos. C–000804 and C–000805.   This cause is pending before the court as a discretion-

ary appeal. Upon consideration of appellant's motion for stay of consideration of the application for dismissal of appeal,

IT IS ORDERED by the court that the motion for stay of the application for dismissal of appeal be, and hereby is, granted.